**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JEROME WILLIAMS, | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | No. 4:15-CV-1813 RLW |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent, | ) | |

## MEMORANDUM AND ORDER

By Order dated July 11, 2016, the Court reopened this matter after permission was granted to movant by the Eighth Circuit Court of Appeals to file a successive habeas corpus action pursuant to 28 U.S.C. § 2255. In that same Order, counsel for movant was ordered to file an amended motion to vacate no later than August 20, 2016, relating to his claims under *Johnson v. United States*, 135 S.Ct. 2551 (2015). That time period has expired and nothing has been filed.

Accordingly,

**IT IS HEREBY ORDERED** that counsel for movant has until **November 5, 2016**, to file movant's amended motion to vacate in this matter.

Dated this 6th day of October, 2016.

RONNIE L. WHITE
UNITED STATES DISTRICT JUDGE